IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–42–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LESLEE MARIE KINSEY, | |
| Defendant. | |

Before the Court is Defendant Leslee Marie Kinsey's Unopposed Motion for Release of Presentence Report for Purposes of Defendant's Sentencing in Thirteenth Judicial District. (Doc. 76.) Ms. Kinsey requests that her presentence investigation report (Doc. 75) be released to the Honorable Michael G. Moses, Deputy Yellowstone County Attorney Jacob Yerger, and defense attorney, Juli M. Pierce, so that such report may be used by the parties in Montana Thirteenth Judicial District Court (Yellowstone County) Case Nos. DC 21-181, 21-534, 21-475, and 21-710.[1] (Doc. 76 at 1–2.) The parties have agreed to use this report in those matters and the United States does not oppose its dissemination. (*Id.*)

---

[1] The Court notes that this motion was filed March 17, 2022, in advance of the sentencings in these state court matters set to occur on March 22, 2022. (Doc. 76 at 1.) The Court apologizes for the delay in adjudicating the motion and issues this Order in the event sentencing in these state court matters has not yet occurred.

1

Accordingly, IT IS ORDERED that the motion (Doc. 76) is GRANTED, upon the condition that the presentence report (Doc. 75) is not released to anyone other than Judge Moses, Mr. Yerger, or Ms. Pierce, and that it remain sealed if filed in the dockets of the aforementioned state court matters.

The Clerk of Court shall provide counsel for Ms. Kinsey, Cammi J. Woodward, with a copy of the presentence investigation report in this matter and Ms. Woodward may disseminate it to the individuals listed above for use in sentencing in the aforementioned state court matters.

DATED this 29th day of March, 2022.

*[signature]*
Dana L. Christensen, District Judge
United States District Court